# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

March 28, 2025

CL-2024-0650

C.E. v. D.H. and L.H. (Appeal from Cullman Probate Court: AD-2021-063).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Hanson, Fridy, and Lewis, JJ., concur.

Moore, P.J., and Edwards, J., concur in the result, without opinions.

Seth P. Rhodebeck, Clerk